# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-117 |
| vs. | : | Judge Timothy S. Black |
| JEROME SMITH, | : | |
| Defendant. | : | |

## ORDER EXTENDING
## RESIDENTIAL REENTRY CENTER PLACEMENT

This case is before the Court on the U.S. Probation Office's email request (with copy to all counsel) that the Court extend Defendant's placement in a Residential Reentry Center ("RRC") by an additional 180 days.

Specifically, this Court previously ordered that Defendant be released on bond with standard and special conditions, pending Defendant's supervision release revocation hearing and the resolution of Defendant's state court charges. (Docs. 31, 32). Among the special conditions imposed, this Court Ordered that Defendant reside in an RRC for 180 days and successfully complete all recommended programs available through the RRC. (*Id.*) The Court is now advised that Defendant's 180-day placement is set to expire shortly and, accordingly, the Probation Office requests a further 180-day extension.

For good cause shown, the Court **GRANTS** the request of the U.S. Probation Office and, accordingly, **EXTENDS** Defendant's placement in the RRC by an additional 180 days. All other bond conditions previously imposed remain in effect. (Doc. 32).

**IT IS SO ORDERED.**

Date:  8/28/2025

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge